Warrant of Removal (After Waiver of Hearing)                                    **PLEASE RECEIPT AND RETURN**

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Magistrate Case No. 22MJ3667 |
| v. | |
| JUSTIN COSTELLO | WARRANT OF REMOVAL<br>(After Waiver of Hearing) |

**To: United States Marshal**

An arrest warrant and indictment having been filed in the Western District of Washington, charging defendant **JUSTIN COSTELLO** with wire fraud, in violation of Title 18, United States Code, Section 1343 and 2; and securities fraud, in violation of Title 5, United States Code, Sections 78j(b) and 78ff and Title 17, Code of Federal Regulations, 240.10b-5, and the above-named defendant having been arrested in this district and, after waiving hearing pursuant to Federal Rules of Criminal Procedure 5(c) and 5.1(a), having been committed by a United States Magistrate Judge to your custody pending her removal to that district,

You are hereby commanded to commit the above-named defendant forthwith to the Western District of Washington and there deliver him to the United States Marshal for that district or to some other officer authorized to receive him.

_____ (SEAL)
**HON. BERNARD G. SKOMAL**
**United States Magistrate Judge**

Dated at San Diego, California, this __25__ day of __Oct__, 2022.

RECEIVED OCT 25 PM 2: 45 U.S. MARSHALS-S/CA

### **RETURN**

Western District of Washington (at Seattle)

Received the within warrant of removal the _____ day of _____, 2022, and executed same.

_____
U. S. Marshal

By _____
Deputy Marshal