Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN COSTELLO,<br><br>Defendant. | NO. CR22-160 RSM<br><br>MEMORANDUM IN SUPPORT OF MOTION FOR DETENTION |

## I.  INTRODUCTION

Justin Costello is charged with stealing millions from banking clients and conning investors out of many millions more.  Costello deceived his victims by falsifying records, fraudulently overstating the value his of businesses, and with brazen lies about his background, including claims that he was a billionaire who managed money for a Saudi sheikh, that he graduated from Harvard Business School with an MBA, and that he was a Special Forces veteran who was shot twice in Iraq and still had shrapnel in his leg.

Costello was given a chance to self-surrender after he was indicted.  Instead, he fled to California and was arrested very close to the Mexican border.  Costello was equipped with a backpack that contained a complete fugitive kit: $60,000 in U.S.

Memorandum in Support of Detention - 1
United States v. Costello, CR22-160 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

currency, $12,000 in gold bars, $10,000 in Mexican pesos, and a forged driver's license in the name of Christian "Bolter."



Costello had his initial appearance before a United States Magistrate Judge in the Southern District of California, who found that he was a serious flight risk and a danger

Memorandum in Support of Detention - 2
United States v. Costello, CR22-160 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

to the community and ordered him detained pending his appearance in this District. The United States moves for Costello's continued detention.

## II.   BACKGROUND

*Costello's Fraudulent Schemes*

The Indictment alleges that Costello acted as a banker for several marijuana businesses. Costello stole $3.7 million from the funds deposited by his clients, and used them for personal expenses and other business ventures. To cover the fraud, Costello provided his clients with fraudulent accounts statements.

Costello also lied – recently -- to a federal judge to conceal his theft. One of Costello's clients sued him in the United States District Court for the Northern District of California to recover lost funds. On September 15, 2022, Costello filed a sworn declaration in which he falsely claimed that almost $3 million of the client's funds were held in an account at Sound Credit Union. The actual balance was $15.35. Indictment at ¶¶14-38.

Costello also defrauded numerous victims into entrusting funds to him for investment, and into investing funds in companies he controlled. Costello lied about the value of his companies, his education, his military service, his personal wealth, his clients, his status as a licensed investment manager, and his experience as a money manager. Costello falsely claimed that two famous "titans" of the Seattle business community were supporting him. Costello defrauded almost 30 investors out of $6 million. Indictment at ¶¶43-70.

Finally, Costello ran a "pump-and-dump" scheme. Costello paid secret bribes to D.F., a prolific Twitter user, in return for D.F.'s promotion of various "penny" securities that Costello owned. D.F.'s tweets drove up the stock prices, and Costello sold at a profit of over $350,000 before the prices dropped. Indictment at ¶¶78-89.

*Costello's Flight*

Memorandum in Support of Detention - 3
*United States v. Costello,* CR22-160 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Over a year ago, the United States Attorney's Office for the Western District of Washington ("USAO") told Costello's criminal attorney that he was under investigation and would be charged. The attorney asked that Costello be allowed to self-surrender and the USAO agreed.

Costello was indicted on September 28, 2022. That day, an AUSA and an FBI agent called Costello's attorney and told him that Costello would have to surrender the next day. The attorney called back after consulting with Costello. The attorney said Costello was in Palm Springs, California, and would surrender at 9 a.m. the next day to the FBI in San Diego.

The AUSA emailed the attorney later that day and told him that Costello should surrender at 7 a.m. to make sure that he made the initial appearance calendar and was not held in custody overnight. The attorney said that he had passed the message along to his client.

Costello did not surrender, but instead became a fugitive. The FBI tried to track Costello by his phones, but he had either thrown them away, turned them off, or turned off his location services. The FBI was able to track him by using the theft recovery service for the Alfa Romeo he was driving. That car had been parked in Las Vegas – not Palm Springs, where Costello told his lawyer he was – on September 27th.

The FBI SWAT team tracked the Alfa Romeo to a remote area in El Cajon California, which is close to the Mexican border. Agents saw Costello walking around with a backpack. The agents arrested Costello, who was surprised that they had found him because he had turned his phone off. Costello said he did not turn himself in because he had recently had a stroke and needed to recover. Costello said that he could have outrun the SWAT agents but for the stroke. Costello admitted that he was the person charged in the Indictment and encouraged agents to "Google" him so they could read about the case. Costello said something along the lines of, "at least I didn't go to Mexico."

Memorandum in Support of Detention - 4
United States v. Costello, CR22-160 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

A witness later discovered Costello's backpack at the El Cajon property and turned it over to law enforcement. An inventory search showed that the backpack was effectively a fugitive survival kit, containing:

- $60,000 in U.S. currency;
- $12,000 in gold bars;
- $10,000 in Mexican pesos;
- the receipt for a pre-paid phone number; and
- a driver's license with Costello's photograph, in the name of Christian "Bolter."

The FBI learned that the gold in the backpack was part of a larger amount of gold, worth $94,000, that Costello bought from a jeweler in April – using money he had stolen from a marijuana banking client. The FBI is searching for the rest of the gold and other crime proceeds.

The gold purchase is one of several steps that Costello apparently took to prepare for his flight. For example, in mid-September, Costello stopped using his only known personal bank account for his personal expenses, and instead used multiple corporate accounts.

Costello also has a history of threats, intimidation, and firearms possession. In 2019, a drunk Costello got into an argument with employees at the Salish Lodge. Costello bragged that he was a billionaire and threatened to send "his boys" after the employees to "take care" of them. Exhibit 1, Snoqualmie Police Report.

Costello made similar threats on Twitter to people who were exposing his fraudulent schemes. Costello told one Twitter user that he would "spend a million dollars" to find the user and then "knock you the fuck out." To give weight to the threat, Costello repeated his lie that he had served "in the war in iraq." Costello told another user that he was tempted to "have my security guys break your fucking fast talking jaw based on what you said about me."

Memorandum in Support of Detention - 5
United States v. Costello, CR22-160 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Costello also has multiple firearms. Law enforcement does not know where these weapons are. Exhibit 2.

*Proceedings in the Southern District of California*

After his arrest in El Cajon, Costello appeared before United States Magistrate Judge Daniel E. Butcher. Magistrate Judge Butcher detained Costello, finding that he was both a danger to the community and a flight risk. Magistrate Judge Butcher cited the risk "for financial losses to more victims" if Costello was released, his failure to self-surrender, attempt to evade law enforcement, and possession of false identification, large amounts of gold, and cash.

### III.   DISCUSSION

Justin Costello avoided arrest by promising to turn himself in. Like so much of what Costello says, this promise was a lie. Costello's real plan was to flee to Mexico, and he almost made it.

Costello had prepared carefully for life on the run. He turned off his phone, stopped using his personal bank account, obtained false identification, and bought gold. When the time came to surrender, Costello fled, carrying a well-stocked fugitive kit including the gold, cash, Mexican pesos, and the forged identification. Costello did not think to turn off the theft recovery system for the Alfa Romeo, and that was his undoing. But for that oversight, Costello was in good position to cross the border.

There are no conditions that can address the risk of flight and the danger to the community. Any assurances from Costello would be meaningless. He is a sophisticated con man with a history of lies and forgery, including the false declaration he submitted in the Northern District of California. Costello has tremendous incentive to flee. The evidence is strong and his estimated Guidelines range is 324-405 months. An ankle bracelet cannot stop him from running, and he has the resources – including over $80,000 in gold that law enforcement has not found – to survive as a fugitive. Costello would also be a danger to victims and witnesses. Threats of violence are part of his *modus operandi*,

Memorandum in Support of Detention - 6
*United States v. Costello,* CR22-160 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | and law enforcement does not know where his guns are.

2 |     The Court should detain Costello pending trial.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*s/ Michael Dion*
MICHAEL DION
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970
Fax: (206) 553-0882
E-mail: michael.dion@usdoj.gov

Memorandum in Support of Detention - 7
*United States v. Costello,* CR22-160 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970