# EXHIBIT 1



# SNOQUALMIE POLICE DEPARTMENT
Officer Report for Incident 19S-4319

9Z1059403

| | | | |
|---|---|---|---|
| **Nature:** | DISTURBANCE | **Address:** | 6501 RAILROAD AVE SE; SALISH LODGE |
| **Location:** | SNO | | Snoqualmie WA 98024 |

| | | | | | |
|---|---|---|---|---|---|
| **Offense Codes:** | 158 | | | | |
| **Received By:** | T DAVENPORT | **How Received:** | T | **Agency:** | SNO |
| **Responding Officers:** | J FISCHBECK, B LANHAM | | | | |
| **Responsible Officer:** | J FISCHBECK | **Disposition:** | CAA 09/15/19 | | |
| **When Reported:** | 22:31:48 09/15/19 | **Occurred Between:** | 22:31:24 09/15/19 and 22:31:24 09/15/19 | | |

| | | | | | |
|---|---|---|---|---|---|
| **Assigned To:** | | **Detail:** | | **Date Assigned:** | \*\*/\*\*/\*\* |
| **Status:** | | **Status Date:** | \*\*/\*\*/\*\* | **Due Date:** | \*\*/\*\*/\*\* |

**Complainant:**

| | | | | | |
|---|---|---|---|---|---|
| **Last:** | | **First:** | | **Mid:** | |
| **DOB:** | \*\*/\*\*/\*\* | **Dr Lic:** | | **Address:** | |
| **Race:** | **Sex:** | **Phone:** | | **City:** | , |

## Offense Codes

| | | | |
|---|---|---|---|
| **Reported:** | 321 DISTURBANCE | **Observed:** | 158 INTIMIDATION |
| **Additional Offense:** | 158 INTIMIDATION | | |

## Circumstances

| **Responding Officers:** | **Unit :** |
|---|---|
| J FISCHBECK | 660 |
| B LANHAM | 650 |

| | | | |
|---|---|---|---|
| **Responsible Officer:** | J FISCHBECK | **Agency:** | SNO |
| **Received By:** | T DAVENPORT | **Last Radio Log:** | \*\*:\*\*:\*\* \*\*/\*\*/\*\* |
| **How Received:** | T TELEPHONE | **Clearance:** | CR CASE REPORT |
| **When Reported:** | 22:31:48 09/15/19 | **Disposition:** | CAA **Date:** 09/15/19 |
| **Judicial Status:** | STP | **Occurred between:** | 22:31:24 09/15/19 |
| **Misc Entry:** | APPROVED | **and:** | 22:31:24 09/15/19 |

## Involvements

01/14/20

1

*Officer Report for Incident 19S-4319*

| Date | Type | Description | |
|---|---|---|---|
| 09/17/19 | Name | GARDNER, BRIAN T | Witness |
| 09/17/19 | Name | OBENSKI, BRYSON JON | Witness |
| 09/17/19 | Name | JOHANNES, MELISSA LEONE | Witness |
| 09/15/19 | Name | COSTELLO, JUSTIN J | Defendant |
| 11/06/19 | Citation | CRIMINAL/NON-TRAFFIC | Citation |
| 09/18/19 | Offense | Offense#: S03763 - GM - 1 count | Charged With |
| 09/15/19 | Offense | Offense#: S03926 - GM - 2 counts | Charged With |
| 09/15/19 | Cad Call | 22:31:48 09/15/19 DISTURBANCE | Initiating Call |

*Officer Report for Incident 19S-4319*

## Narrative

```
OFFICER: J.FISCHBECK, #660
SNOQUALMIE POLICE DEPARTMENT
CASE NUMBER: 19S-4319
VICTIM / OFFENDER RELATIONSHIP: NA
NARRATIVE:
```

On 09/15/2019 at about 2231 hours, Snoqualmie Officers were advised of a disturbance at the Salish Lodge (6501 Railroad Ave SE in the City of Snoqualmie). Employee, Brian Gardner, reported a drunk male in front of the business being disruptive and verbal with employees. The subject had been causing issues inside of the business for a while. At about 2238 hours, Brian called back and advised the subject was very verbal and was threatening the valet driver. At about 2240 hours, while I was on the way to the incident, Brian called back and advised the subject was physical with the valet.

I arrived and _____ the subject (later identified with WA ID as Justin J Costello DOB _____ 80) and three employees of the Salish Lodge on the east end of the proper____ Railroad Ave SE (The employees were later identified as Brian Gardner DOB _____ 79, Bryson Obenski DOB _____ 81, and Melissa Johannes DOB _____ 81). Justin was about 200 feet away from the group as I approached. The group pointed out Justin and stated he was the subject. Justin began walking back to the group. I told the group to stay back while I detained Justin.

Justin was walking towards the group and me. Justin's fists were clenched and he was staring at me. Justin appeared to be fixated and walking with a purpose towards me. Based on the dispatched information and Justin's current actions. I believed it was likely Justin was approaching to cause harm to myself or another member of the group behind me. I drew my taser and gave Justin an order to get down on the ground or he would be tased. Justin was about 25 feet away at this time. Justin ignored my command and continued to advanced towards me in the same manner. I gave Justin two more commands to get down on the ground or he would be tased. Justin got about 10-12 feet away from me and finally complied and got onto the ground. I talked Justin into a prone handcuffing position and placed him into handcuffs without further incident.

The group of employees stated they would provide statements for the events and that Justin had threatened them. I provided the employees statement forms and received signed, sworn statements. Justin was informed he was under arrest at this time. Justin was read his constitutional rights and invoked his right to remain silent.

Bryson Obenski:
"Guest was screaming profanities over the phone. I was watching him to see if he was okay. He approached me as if he was going to hit me. He put his hand on me and I told him not to touch me. He got angry and told me I made a huge mistake and he was going to send "his boys after me" tomorrow. He got in my face and kept trying to start a fight. We followed him to make sure the police could locate & detain."

Bryson stated Justin was a billionaire from Bellevue. Bryson thought that Justin had the means to send people after him. Bryson took this to mean these people would cause physical harm to his person.

Brian Gardner:
"Justin was threatening Bryson saying he was sending people to "take care" of

01/14/20

3

*Officer Report for Incident 19S-4319*

---

him. We followed him until Police showed up.
Prior I took care of him and 3 guests in the attic (*Officer note: a restaurant at the Salish Lodge*) . He was verbally threatening his girlfriends sister causing them to leave him here. As I left the building I heard yelling so I came back up to the valet and witnessed the altercation between Justin & Bryson. I saw Justin put his hands on Bryson."

Melissa Johannes:
"I was headed out the building and talking to a coworker when we heard yelling and cussing. We went up to valet to make sure everything was ok, the valet attendant Bryson was there and pointed out a guy on the phone, very belligerent and angry. Bryson approached him to see if everything was ok in which the guy walked right up to Bryson and got in his face. He started threatening Bryson, saying he was gonna have "his guys" come back tomorrow and deal with him. That he's making a huge mistake. My coworker Brian had called the police at this point. The drunk guy wouldn't let up, was approaching Bryson as he was trying to assist guests arriving. At this point I stepped in to try and get him away from the other guests. He kept threatening us, Bryson, the lodge. He took off down the side of the lodge and the police finally arrived."

Melissa thought Justin was threatening to send people after the group to physically harm them.

Although I did not detect the odor of alcoholic intoxicants coming off Justin, his speech was repetitive and he continually asked the same questions as if impaired.

See Ofc Lanham's report for Justin's threats towards him during detention.

I took custody of Justin and began transport to the Issaquah City Jail for misdemeanor harassment charges. On the way to the ICJ, Justin repeatedly made the following statements that I wrote down:

"You guys are so fucked."
"I am going to sue you civilly."
"Google me."
"I'm a really rich man."
"I'm a billionaire."
"You messed with the wrong dude."
"Not a good move."
"Hope you have a lot of legal insurance."
"You guys realize I'm going to hit you civilly."
"I'm going to civilly hit you in the fucking ass."
Justin asked where I lived several times.
"I am going to find out who you are, where you work."
"You should be very scared of me."
"This is gonna cost you brother, a lot of money."

After these statements, it became apparent Justin was attempting to threaten me with financial repercussions if I did not change my arrest decision and release him. I diverted from ICJ to the King County Jail to book Justin on Intimidating a Public Servant.

At the King County Jail, Justin refused to walk and I had to physically move him to the booking area from my vehicle. During the forced walk, Justin told me "don't do this" twice. Justin demanded I speak with Dan Marcinko about this (the former City of Snoqualmie Public Works Director). Justin again told me that he was going to sue me civilly and it was going to cost me a lot of money.

01/14/20

4

*Officer Report for Incident 19S-4319*

I booked Justin into the KCJ on a single count of felony Intimidating a Public Servant.

Justin's actions and statements to myself and Ofc Lanham appear consistent with his interactions with the three Salish Lodge employees. Justin was attempting to use his social position to threaten me financially into changing my arrest decision. As such, I believe probable cause to exist that Justin committed the crime of Intimidating a Public Servant with the threat specifically intended to harm substantially me with respect to my business and my financial condition.

I also believe probable cause to exist for two counts of Harassment for threatening to send people after Bryson and Melissa. Both victims took Justin's words to mean these people would physically cause harm to them and both believe Justin was capable of doing this. I also believe probable cause to exist for one count of Obstructing a Law Enforcement Officer based on Justin's continued advance when directed to get on the ground during the initial detention.

I completed a super form, charge sheet, and certification of probable cause. This case to be forwarded to the KCPAO for review and filing.

I certify under penalty of perjury under the laws of the State of Washington that all statements made herein are true and accurate and that I am entering my authorized User ID and password to authenticate it (RCW 9A.72.085).

Electronically Signed:   Yes   Signature:  J Fischbeck
Snoqualmie-North Bend/King/Washington        Date: Wed Sep 18 05:09:40 PDT 2019

01/14/20

5

*Officer Report for Incident 19S-4319*

---

## Supplement
OFFICER: B. Lanham #650
SNOQUALMIE POLICE DEPARTMENT
CASE NUMBER: 19S-4319
VICTIM / OFFENDER RELATIONSHIP:
NARRATIVE:

On 09-15-19 at around 22:30 hrs Officer J. Fischbeck was dispatched to 6501 Railroad Ave SE to a disturbance call.  Dispatch advised that a male was being disruptive and verbally arguing with employees.  Then dispatch changed the call from a disturbance to an unwanted subject. Dispatch also advised the male was verbally arguing and threatening the valet. I advised dispatch I would assist Ofcr Fischbeck.

Ofcr Fischbeck advised he was going to activate his lights to get on scene faster due to dispatch advising the subject was now physical with the valet. A short time later once Fischbeck arrived on scene he advised dispatch he was being challenged by the male.

I arrived shortly after and observed a male laying on the ground face down in handcuffs and Ofcr Fischbeck talking to another male.  It should be noted I did not see Ofcr Fischbeck's patrol unit in the area. I asked Ofcr Fischbeck if he wanted me to put the unknown male in the back of my patrol car which he advised me he did.

I walked to the suspect who was identified as Costello, Justin J. ( ███ -81) and assisted him to his feet.  I then walked Justin to my fully marked patrol car, while walking Justin to my patrol vehicle he was swaying side to side as if he was extremely intoxicated. I checked to make sure the handcuffs were locked and properly fit for his safety. I asked Justin if he needed medically checked and if he had any injuries, Justin stated, "No I'm fine." Due to the call notes, once at the vehicle I read Justin his Constitutional warnings. While reading the warnings Justin kept yelling I don't understand what you are saying. Once I was done reading his warnings from my department issued card I asked if Justin understood his rights and he yelled "No."  I asked Justin if he wanted me to read his rights to him again and he stated, "Yes."

Ofcr Fischbeck walked to the vehicle after talking to the victims and informed Justin he was under arrest for harassment and possibly disorderly conduct. Justen asked several times "What am I being arrested for." (about 4 times) Ofcr Fischbeck answered the question every time it was asked of him.  I then reread Justin's Constitutional warnings and Justin replied he understood and didn't wish to talk.  While I was reading his warnings this time Justin laughed at me and stated, "Do you know who I and bitch, Google me mother fucker."  "I have 12 lawyers that work for me I'm a billionaire, I'm going to sue you civilly mother fucker." I shut the door to my police car and was contacted by and unknown female.  The female asked what was going on and stated, "She was with Justin." The female's speech was very slurred, and she was unsteady on her feet. She appeared to be under the influence of intoxicant. I explained to her several time what was happening and where she could pick hernfriend up.  She was very distraught and seemed confused.  She asked several times as well to repeat what officers were telling her.  I told the female again she could pick him up at jail once he was booked.

 Justin was then transported to the valet area where Ofcr Fischbeck's car was located so he could transport him to jail.

01/14/20

6

*Officer Report for Incident 19S-4319*

---

 While I was driving Justin to the valet area he made several more threats:

"I'm going to get my people after you"
"You are so fucked"
"Bro take these handcuffs off, so I can kick your ass"
"Call Dan Marcinko he will vouch for me"
"I'm going to own you mother fucker"

It should be noted that while Justin was threatening me, I was concerned for my safety due to the amount of money that he stated he had making his threats possible.

Once I arrived at Ofcr Fischbeck's car I informed him of the repeated threats that Justin was making.  We then transported Justin from my patrol car to Ofcr Fischbeck's car.  While walking to the car Justin continued threatening and telling Ofcr's, "You guys are so fucked."

Once Justin was placed in Ofcr Fischbeck's car I was contacted again by the unknown female that stated she was Justin's girlfriend. I advised her again where she could get Justin, I also asked her to get a ride due to her intoxicated state.

Ofcr Fischbeck got statements from the victims and then I was able to clear the scene no further incident.

I certify under penalty of perjury under the laws of the State of Washington that all statements made herein are true and accurate and that I am entering my authorized User ID and password to authenticate it (RCW 9A.72.085).

Electronically Signed:  Yes  Signature: B. Lanham #650
Snoqualmie-North Bend/King/Washington     Date: Tue Sep 17 19:38:01 PDT 2019

01/14/20

*Officer Report for Incident 19S-4319*

---

**Supplement**
```
OFFICER: J.FISCHBECK, #660
SNOQUALMIE POLICE DEPARTMENT
CASE NUMBER: 19S-4319
VICTIM / OFFENDER RELATIONSHIP: NA
NARRATIVE:

After review, the KCPAO requested the case be filed in municipal court.

I have completed a SECTOR citation and am forwarding this case to the Snoqualmie
Prosecutor with recommendations Justin be charged with two counts of Harassment
and one count of Obstructing a Law Enforcement Officer.

This concludes this supplemental.


I certify under penalty of perjury under the laws of the State of Washington
that all statements made herein are true and accurate and that I am entering my
authorized User ID and password to authenticate it (RCW 9A.72.085).

Electronically Signed:  Yes  Signature: J.FISCHBECK, #660
Snoqualmie-North Bend/King/Washington     Date: Mon Nov 04 12:31:55 ST  2019
```

*Officer Report for Incident 19S-4319*

## Name Involvements:

**Witness :** 271444
- **Last:** OBENSKI
- **First:** BRYSON
- **Mid:** JON
- **DOB:** ▮▮/81
- **Dr Lic:** ▮▮▮▮▮
- **Address:** 1610 E MAIN ST
- **Race:** W  **Sex:** M
- **Phone:** (253)545-1644
- **City:** Auburn, WA 98002-5837

**Witness :** 244972
- **Last:** GARDNER
- **First:** BRIAN
- **Mid:** T
- **DOB:** ▮▮/79
- **Dr Lic:** ▮▮▮▮▮
- **Address:** 16432 SE 263 ST
- **Race:** W  **Sex:** M
- **Phone:** (805)748-4758
- **City:** Covington, WA 98042

**Defendant :** 271411
- **Last:** COSTELLO
- **First:** JUSTIN
- **Mid:** J
- **DOB:** ▮▮/80
- **Dr Lic:** ▮▮▮▮▮
- **Address:** 38180 SE NORTHERN ST
- **Race:** W  **Sex:** M
- **Phone:**
- **City:** Snoqualmie, WA 98065

**Witness :** 271445
- **Last:** JOHANNES
- **First:** MELISSA
- **Mid:** LEONE
- **DOB:** ▮▮81
- **Dr Lic:** ▮▮▮▮▮
- **Address:** 21833 SE 271 ST
- **Race:** W  **Sex:** F
- **Phone:** (425)269-7603
- **City:** Maple Valley, WA 98038

01/14/20

9



# SNOQUALMIE/NORTH BEND POLICE

## STATEMENT

CASE# 19S-4319

Date: 9/15   Time: 10:50   Victim: ☑   Witness: ☐

Name: Bryson Obenski
DOB: ▮▮▮/81   Sex: M ☑ F ☐   Race: W
Address: 1610 E. Main Street
Auburn WA 98002

Telephone: Primary (253) 545-1644   Secondary ( )

Guest was screaming profanities over the phone. I was watching him to see if he was okay. He approached me as if he was going to hit me. He put his hand on me and I told him not to touch me. He got angry and told me I made a huge mistake and he was going to send "his boys after me" tomorrow. He got in my face and kept trying to start a fight. We followed him to make sure the police could locate & detain.

This statement was written for me by SELF, at my request and was made freely, voluntarily, and without any threats or promises of any kind. It is true and correct to the best of my knowledge and I will testify to these facts in a court of law.

X [signature]   Date 9/15/19
Officer: JKUBICK #66c   Witness: ___



# SNOQUALMIE/NORTH BEND POLICE

## STATEMENT

CASE# 19S-4319

Date: 9.15.19  Time: 10:57  Victim: ☐  Witness: ☒

Name: Melissa Johannes
DOB: [redacted] 81  Sex: M ☐ F ☒  Race: W
Address: 21833 SE 271st St
Maple Valley, WA. 98038

Telephone: Primary (425) 269-7603  Secondary ( ) -

---

I was headed out the building and talking to a coworker when we heard yelling and cussing. We went up to valet to make sure everything was ok, the valet attendant Bryson was there and pointed out a guy on the phone, very belligerant and angry. Bryson approached him to see if everything was ok in which the guy walked right up to Bryson and got in his face. He started threatening Bryson, saying he was gonna have "his guys" come back tomorrow and deal with him. that he's making a huge mistake. My coworker Brian had called the police at this point. The drunk guy wouldn't let

This statement was written for me by myself, at my request and was made freely, voluntarily, and without any threats or promises of any kind. It is true and correct to the best of my knowledge and I will testify to these facts in a court of law.

X [signature]  Date 9.15.19
Officer: J. Fischbeck #660  Witness:

11

**STATEMENT**

up, was approaching Bryson as he was trying to assist guests arriving. At this point I stepped in to try and get him away from the other guests. He kept threatening us, Bryson, the lodge. He took off down the side of the lodge and the police finally arrived.

This statement was written for me by **myself**, and was made freely, voluntarily, and without any threats or promises of any kind. It is true and correct to the best of my knowledge and I will testify to these facts in a court of law.

X _____  Date 9.15.19

Officer: JFischbeck #660   Witness: _____



# SNOQUALMIE/NORTH BEND POLICE

## STATEMENT

CASE # 19S-4314

Date: 9/15/19  Time: 10:50  Victim: ☐  Witness: ☑

Name: Brian Gardner

DOB: ▮▮▮▮95  Sex: M ☑ F ☐  Race: ☑ White

Address: 6501 Railroad Ave SE
Snoqualmie WA 98065

Telephone: Primary (805) 748-4758  Secondary (  )  -

Justin was threatening Bryson saying he was sending people to "take care" of him. We followed him until Police showed up. Prior I took care of him and his 3 guests in the attic. He was verbally threatening his girlfriends sister causing them to leave him here. As I left the building I heard yelling so I came back up to the toilet and witnessed the altercation between Justin + Bryson. I saw Justin put his hands on Bryson.

This statement was written for me by __Self__, at my request and was made freely, voluntarily, and without any threats or promises of any kind. It is true and correct to the best of my knowledge and I will testify to these facts in a court of law.

X [signature]  Date 9/15/19

Officer: J Fischbeck #66  Witness: _____

13

| CRIMINAL | ☐ TRAFFIC ✓ NON-TRAFFIC | L.E.A. ORI #: WA0172200 | COURT ORI #: WA0172K1J | 9Z1059403 | REPORT #: 19S-4319 |
|---|---|---|---|---|---|
| IN THE ☐ DISTRICT ✓ MUNICIPAL COURT OF ☐ STATE OF WASHINGTON ☐ COUNTY OF | | ISSAQUAH MUNICIPAL COURT ✓ CITY/TOWN OF SNOQUALMIE | | | , PLAINTIFF VS. NAMED DEFENDANT |

THE UNDERSIGNED CERTIFIES AND SAYS THAT IN THE STATE OF WASHINGTON

| DRIVER'S LICENSE NO. | STATE: WA | EXPIRES 08-01-24 | PHOTO ID MATCHED ✓ YES ☐ NO | NAME: LAST COSTELLO | FIRST JUSTIN | MIDDLE J | SFX | CDL/CLP ☐ YES ✓ NO |
|---|---|---|---|---|---|---|---|---|
| ADDRESS 38180 SE NORTHERN ST | | | | ☐ IF NEW ADDRESS | CITY SNOQUALMIE | | STATE WA | ZIP CODE 98065 |

| EMPLOYER | | | | | EMPLOYER LOCATION | | | |
|---|---|---|---|---|---|---|---|---|
| OF BIRTH -80 | RACE W | SEX M | HEIGHT 5'1" | WEIGHT 165 | EYES BLU | HAIR | RESIDENTIAL PHONE NO. | CELL/PAGER PHONE NO. | WORK PHONE NO. |

| VIOLATION DATE ON OR ABOUT 09/15/2019 22:31 | ☐ INTERPRETER NEEDED LANG: | AT LOCATION REF. TRAFFICWAY RAILROAD AVE SE | M.P. BLOCK # 6501 | CITY/COUNTY OF SNOQUALMIE/KING |
|---|---|---|---|---|

DID OPERATE THE FOLLOWING VEHICLE/MOTOR VEHICLE ON A PUBLIC HIGHWAY AND

| VEH LIC NO | STATE | EXPIRES | VEH YR | MAKE | MODEL | STYLE | COLOR |
|---|---|---|---|---|---|---|---|
| TR #1 LIC NO | STATE | EXPIRES | TR YR | | TR #2 LIC NO | STATE | EXPIRES | TR YR |

| OWNER/COMPANY IF OTHER THAN DRIVER | | | |
|---|---|---|---|
| ADDRESS | CITY | STATE | ZIP CODE |

| ACCIDENT | BAC | COMMERCIAL VEHICLE ☐ YES ☐ NO | 16+ PASS ☐ YES ☐ NO | HAZMAT ☐ YES ☐ NO | EXEMPT VEHICLE | FIRE LEA |
|---|---|---|---|---|---|---|

DID THEN AND THERE COMMIT EACH OF THE FOLLOWING OFFENSES

| 1. VIOLATION/STATUTE CODE | 9A.76.020 | ☐ D ☐ V OBSTRUCT LAW ENFORCEMENT OFFICER | |
|---|---|---|---|
| 2. VIOLATION/STATUTE CODE | 9A.46.020.1 | ☐ D ☐ V HARASSMENT | |
| 3. VIOLATION/STATUTE CODE | 9A.46.020.1 | ☐ D ☐ V HARASSMENT | |
| 4. VIOLATION/STATUTE CODE | | ☐ D ☐ V | |
| 5. VIOLATION/STATUTE CODE | | ☐ D ☐ V | |

| RELATED # | DATE ISSUED 11-04-19 | | |
|---|---|---|---|
| MANDATORY COURT APPEARANCE | APPEARANCE DATE | TIME | |
| ☐ TICKET SERVED ON VIOLATOR ☐ BOOKED | ✓ TICKET REFERRED TO PROSECUTOR | | |

CRIMINAL CITATION
You are charged with the crime(s) described on this form. You must respond to the court below.

ISSAQUAH MUNICIPAL COURT
135 E SUNSET WAY
PO BOX 7005
ISSAQUAH WA 98027

Court Contact Info:
Phone 1: (425)837-3170
Website: To pay online please go to www.issaquahtix.com

Traffic citations may go on your driving record.

IF YOU DO NOT APPEAR this may result in a warrant for your arrest and detention in jail. Also, if "Traffic" is checked you may lose your driver's license/privilege.

MANDATORY APPEARANCE
One of the following options applies:
1. If there is a date in the appearance date box you must appear in court at that date and time.
2. If there is a number in the appearance date box you must appear in court within the number of days indicated.
3. If the appearance date box is blank, the court will notify you in writing when to appear. If you do not receive a notice within fifteen (15) days please contact the court immediately.

When you appear, you will be advised of your constitutional rights and the possible penalties if you are convicted. You also may be asked to enter a plea of NOT GUILTY or GUILTY.

IF RCW LISTED APPEARS BELOW PLEASE READ
RCW 46.61.502 Driving Under the Influence (DUI)
drive a motor vehicle and either: have a 0.08 or higher breath or blood alcohol concentration or THC concentration of 5.00 or higher within 2 hours after driving or be under the influence of or affected by liquor, marijuana, or any drug, or a combination of liquor, marijuana, and any drug.
RCW 46.20.342(1)(a) First Degree Driving While Suspended/Revoked (DWLS)
be an habitual traffic offender and drive a motor vehicle while an order of revocation issued under chapter 46.65 RCW prohibiting such operation is in effect.
RCW 46.20.342(1)(b) Second Degree Driving While Suspended/Revoked (DWLS)
drive a motor vehicle while an order of suspension or revocation prohibiting such operation is in effect, and not be eligible to reinstate the license or driving privilege.
RCW 46.20.342(1)(c) Third Degree Driving While Suspended/Revoked (DWLS)
drive a motor vehicle while the license or privilege to drive is suspended or revoked for (1) failure to furnish proof of satisfactory progress in a required alcoholism or drug treatment program; or (2) failure to furnish proof of financial responsibility pursuant to chapter 46.29 RCW; or (3) failure to comply with chapter 46.29 RCW relating to uninsured accidents; or (4) failure to respond to a notice of traffic infraction, failure to appear at a requested hearing, violation of a written promise to appear in court, or failure to comply with the terms of a notice of traffic infraction or citation; or (5) suspension or revocation in another state that would not result in suspension or revocation in this state; or (6) failure to reinstate the driver's license or privilege after suspension or revocation in the second degree; or (7) the person has a suspension under RCW 46.20.267 relating to intermediate driver's licenses; or (8) not in compliance with child support order, or any combination of the above.

I CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT I HAVE ISSUED THIS ON THE DATE AND AT THE LOCATION ABOVE, AND I HAVE PROBABLE CAUSE TO BELIEVE THE ABOVE NAMED PERSON COMMITTED THE ABOVE OFFENSE(S), AND I AM ENTERING MY AUTHORIZED USER ID AND PASSWORD TO AUTHENTICATE IT.

OFFICER   JOHN  FISCHBECK                     # 660
OFFICER                                       #

PAGE 1 OF 1