# EXHIBIT 2

THE
ART OF
WAR
SUN
TZU

stockanalyst2 @... 11/12/20

The @ATFHQ should look into how a known pot smoker, Justin Costello, CEO of $GRNF could acquire an AR-15 and a semiautomatic pistol. ATF Form 4473, Question 21 e., clearly forbids marijuana users from purchasing **guns**. Did JC lie on his Form 4473?

