JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUSTIN COSTELLO, <br><br> Defendant. | No. CR22-160RSM <br><br> SUPPLEMENT TO DEFENDANT'S SENTENCING MEMORANDUM |

Justin Costello, through counsel, submits the attached letter in further support of his sentencing on June 2, 2023, at 1:00 p.m.

DATED this 23rd day of May 2023.

Respectfully submitted,

s/ *Dennis Carroll*
Assistant Federal Public Defender
Attorney for Justin Costello

SUPPLEMENT TO DEFENDANT'S
SENTENCING MEMORANDUM
(*US v. Costello*, CR22-160RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100