Dennis Carroll;

I would like to take this opportunity to speak on Justin Costello's behalf as a person who has always been honest with me and a very good friend.
I've known Justin for well over seven years and not seen any of the allegations written about him.
Again Justin Costello has always been a loyal and good friend
Thank you for this opportunity to express my thoughts

Peter L. Juvet