The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN COSTELLO,<br><br>Defendant. | NO. CR22-160RSM<br><br>STIPULATED MOTION FOR ENTRY OF RESTITUTION ORDER |

The United States of America and Defendant Justin Costello, and Defendant's attorney, Dennis Carroll, files this stipulated motion for entry of a restitution order in the amount of $35,307,160.50. The parties stipulate and agree that, as a factual matter, Defendant caused loss to the victims in that amount. This amount is also consistent with the factual statements and provision of the Plea Agreement. The parties submit a proposed Amended Judgment with the motion that reflects the agreed-upon restitution amount.

Defendant understands that the United States may seek to further amend the restitution order based on additional restitution that may be owed to one of the victim marijuana companies, but the amount of which cannot be determined at this time. The victim company alleges it has been assessed a significant amount of penalties and interest

Stipulated motion re restitution – 1
*United States v. Costello* CR22-160RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

by the California taxation authority as a result of Defendant's failure to pay taxes on the company's behalf. The company is in negotiations with the taxation authority and is seeking to reduce the assessed amount. Until those negotiations are concluded, the amount of loss to the company is undetermined. Defendant does not object to reopening the proceedings to address this issue, but reserves any substantive legal or factual challenges.

    At the sentencing hearing, the Defendant waived his right to be present for the restitution determination. Counsel for Mr. Costello agrees to proceed via this stipulated motion and order.

    DATED this 24th day of October, 2023.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney


*/s/ Michael Dion*
MICHAEL DION
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone:   (206) 553-7729
E-mail:   michael.dion@usdoj.gov


DENNIS CARROLL
Counsel for Defendant
Office of the Federal Public Defender
1601 Fifth Ave., Suite 700
Seattle, WA 98101
Telephone:   206-553-1100

Stipulated motion re restitution – 2
*United States v. Costello* CR22-160RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970