The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUSTIN COSTELLO, <br><br> Defendant. | NO. CR22-160RSM <br><br> ORDER GRANTING MOTION FOR ENTRY OF RESTITUTION ORDER |

The United States of America and Defendant Justin Costello have filed a stipulation motion requesting that the Court enter an amended judgment to reflect agreed-upon restitution in the amount of $35,307,160.50. The Court finds that, based upon the factual agreements of the parties and the record in this case, there is an adequate basis for entry of an order in that amount. The Court also finds that Defendant has waived any right to be present at the entry of the restitution order.

The Court grants the motion and will sign and enter the proposed amended judgment.

//

//

//

Order re restitution amount - 1
*United States v. Costello* CR22-160RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS ORDERED

DATED this  25th  day of October, 2023

HON. RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Michael Dion*
MICHAEL DION
Assistant United States Attorney

DENNIS CARROLL
Counsel for Defendant

Order re restitution amount - 2
*United States v. Costello* CR22-160RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970