The Hon. Richard S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR22-160-RSM |
| Plaintiff, | |
| v. | **FINAL ORDER OF FORFEITURE** |
| JUSTIN COSTELLO, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture of the following substitute property ("Subject Property"):

    a.    $60,000.05 in United States currency;

    b.    63,311.95 Mexican pesos (converted to United States dollars);

    c.    five PAMP 1 oz .999 gold bars;

    d.    one Sunshine Mint 1 oz .999 gold bar;

    e.    one Chopard "Mille Miglia" limited edition 14/250 18k yellow gold wristwatch with black dial and original black leather band, Model #1254, Serial number 939050;

    f.    one Chopard "Monaco Historique" stainless steel wristwatch with white dial and black leather band, Model # 8568, Serial # 1929287;

Final Order of Forfeiture - 1
*United States v Costello,* CR22-160-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

      g.      one 14k yellow gold gun pendant set with genuine 2.4mm round rubies, emeralds, and diamonds (9 of each) in grip of gun; and

      h.      one 18k yellow gold grenade charm set with 31 0.01 carat full-cut round diamonds.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate for the following reasons:

1. On April 14, 2023, the Court entered a Preliminary Order of Forfeiture, finding the Subject Property forfeitable pursuant to 21 U.S.C. § 853(p), and forfeiting the Defendant's interest in it, Dkt. No. 26;

2. Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. No. 33) and provided direct notice to four potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A), *see* Declaration of AUSA Jehiel I. Baer in Support of Motion for Final Order of Forfeiture ("Baer Decl.") ¶ 2, Exhibits A–D;

3. Third-party petitioner David Levi & Sons filed a petition claiming an interest in one gold chain included in the Preliminary Order of Forfeiture, Dkt. No. 47, but the United States and Petitioner David Levi & Sons settled the claims asserted in that petition, Dkt. No. 50, the Court approved the settlement, *id.*, and the gold chain is not included in the Subject Property;

4. Katrina Rosseini filed a petition claiming an interest in all of the property included in the Preliminary Order of Forfeiture, Dkt. No. 46, but Ms. Rosseini later withdrew her petition, Dkt. No. 48;

5. The time for filing third-party petitions has expired, and no other petitions were filed.

Final Order of Forfeiture - 2
*United States v Costello,* CR22-160-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Property exists in any party other than the United States;

2. The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The United States Department of Justice, the Federal Bureau of Investigation, and/or its representatives, are authorized to dispose of the Subject Property as permitted by governing law.

IT IS SO ORDERED.

DATED this 27th day of May, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

 s/ Jehiel I. Baer
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Jehiel.Baer@usdoj.gov

Final Order of Forfeiture - 3
*United States v Costello,* CR22-160-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970